IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RANDY ALLEN,

    Petitioner,

v.                                         Case No. 1:23-cv-171-AW-MAF

DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, the court now adopts the report and recommendation (ECF No. 5)—to which there has been no objection—and incorporates it into this order. The clerk will enter a judgment that says, "The § 2254 petition is dismissed without prejudice for failure to pay the filing fee and failure to prosecute." The clerk will then close the file.

SO ORDERED on October 24, 2023.

                                                     s/ *Allen Winsor*
                                                   United States District Judge